*Kyle Morrell v. Cardworks Servicing, LLC*

# EXHIBIT B
# TO NOTICE OF REMOVAL

**State of Minnesota**                                          **District Court**

| County of: | Judicial District: | Second |
| Ramsey | Court File Number: | |
| | Case Type: | |

Kyle Morrell
_____

_____
Plaintiff                                                    **Civil Complaint**
vs.

CARDWORKS SERVICING, LLC
_____

_____
Defendant

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1.    Cardholder Services violated Minnesota Statue Sec 609.79 - Harrasing phone calls from different Merrick Phone Numbers.

2.    Cardholder Services violated Minnesota Statue 609.749 Repeatedly by making Harassing phone calls to me from different Merrick Phone Numbers regarding my account being supposedly delinquent.

3.    Emotional distress and Mental Suffering

4.    _____

5.    For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1.    Im seeking redress from Defendant in the amount of $328,960

2.    _____

3. _____

4. _____

_____

*Add another page if more space is needed. Do not use the back of the paper.*

## Acknowledgment

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:

    a. Harass anyone;

    b. Cause unnecessary delay in the case; or

    c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

Dated: 06/27/2022

/s/ /s/ Kyle Morrell
Signature

Name: Kyle Morrell

Address: 1711 Main St NW

City/State/Zip: Coon Rapids MN,55448

Telephone: (651) 338-2877

E-mail address: Punkbitw01@yahoo.com

Filed in District Court
State of Minnesota
6/27/2022 3:25 AM

| **State of Minnesota** | **District Court** |
|---|---|
| County of: <br><br> Ramsey | Judicial District: Second <br> Court File Number: _____ <br> Case Type: _____ |

Kyle Morrell
_____

_____
Plaintiff                                           **Civil Summons**

vs.

CARDWORKS SERVICING, LLC
_____

_____
Defendant


This Summons is directed to (name of Defendant):

Cardholder Services,Inc
_____

1.      **You are being sued**. The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.


2.      **You must BOTH reply, in writing, AND get a copy of your reply to the person/ business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*.  Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

        ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category.  The instructions will explain in detail how to fill out the *Answer* form.

3.      **You must respond to each claim.**  The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.


4.      SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default. You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be

Filed in District Court
State of Minnesota
6/27/2022 3:25 AM

awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

1711 Main St NW Coon Rapids

5.   Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6.   **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7.   **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer,* even if you expect to use ADR.

Dated: 06/27/2022

/s/ /s/ Kyle Morrell
Signature
Name: Kyle Morrell
Address: 1711 Main St
City/State/Zip: Coon Rapids,MN, 55448
Telephone: (651) 338-2877
E-mail address: PUNKBITW01@YAHOO.COM

**State of Minnesota**                                                      **District Court**

| County of:<br><br>Ramsey | Judicial District:  Second |
|---|---|
| | Court File Number: _____ |
| | Case Type: _____ |

Kyle Morrell
_____
Plaintiff/Petitioner (first, middle, last)

vs.

CARDWORKS SERVICING, LLC
_____
Defendant/Respondent (first, middle, last)

**ORDER**

☐ **DENYING**

☐ **GRANTING**

**In Forma Pauperis Application**
(Minn Stat. § 563.01)

---

**Order Denying In Forma Pauperis Application**

Based on the affidavit of the applicant  Kyle Morrell _____

and the authority of Minn Stat. § 563.01, the Court FINDS:

☐ The action is frivolous.

☐ The applicant is not found to be indigent and is not entitled to proceed in forma pauperis.

☐ The applicant has not provided the court with enough information to make a finding of
indigency. The record shall be kept open until _____ to
allow the applicant to submit additional evidence to the court for consideration of the
application. If no additional evidence is submitted by this date, the case will be closed.

☐ Other: _____

**IT IS ORDERED THAT:** The applicant's request to proceed in forma pauperis is **DENIED**.

Recommended by:                                          BY THE COURT

_____                    _____
Referee of District Court                         Judge of District Court

Dated: _____              Dated: _____

**Order Granting In Forma Pauperis Application**

Based on the affidavit of the applicant  Kyle Morrell

and the authority of Minn Stat. § 563.01, the Court FINDS:

1. The applicant's claims are

☐ not frivolous and applicant is financially unable to pay any fees and entitled to proceed in
forma pauperis.

OR

☐ not frivolous and applicant does not meet the eligibility criteria under Minn. Stat 563.01,
subd. 3(b), but is able to pay a portion of the fees, costs, and security for costs.

**IT IS ORDERED THAT:**

1. The applicant is authorized to proceed in forma pauperis.

2. ☐ The applicant shall not be required to pay any fees, costs and security.

OR

☐ The applicant shall pay _____ towards fees, costs and security, and shall be due
immediately upon filing.

3. All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate
county as requested without payment of any fees or costs.

4. If, following commencement of the action, the applicant no longer meets the eligibility
criteria under Minn. Stat. § 563.01, subd. 3(b) or becomes able to pay a higher amount than
previously ordered, the Court may order reimbursement of all or a portion of the fees, costs,
and security for costs.

5. If funds are recovered by either settlement or judgment in this action, the costs deferred and
expenses directed by the Court to be paid in this order shall be included in such settlement or
judgment and shall be paid directly to the Court Administrator by the opposing party.

6. This order expires one year from the date of this order, unless otherwise amended or altered
by the court. The applicant shall reapply if the applicant seeks to proceed in forma pauperis
after the one year period.

Recommended by:                                    BY THE COURT

_____        _____
Referee of District Court                          Judge of District Court

Dated:_____        Dated:_____

Filed in District Court
State of Minnesota
7/5/2022

State of Minnesota                                    District Court
Ramsey County                                 Second Judicial District

Court File Number: **62-CV-22-3680**
Case Type: Civil Other/Misc.

**Notice of Case Filing**

File Copy

---

**Kyle Morrell vs  CARDWORKS SERVICING, LLC**

Date Case Filed:  **06/27/2022**

Court file number **62-CV-22-3680** has been assigned to this matter.  All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED.  Correspondence and communication on this matter should be directed to the following court address:

> **Ramsey Civil Court Administration**
> **15 West Kellogg Boulevard Room 170**
> **St Paul MN  55102**
> **651-266-8253**

If ADR applies, a list of neutrals is available at www.mncourts.gov (go to Alternative Dispute Resolution) or at any court facility.

Dated: July 5, 2022                     Michael F. Upton
                                        Court Administrator
                                        Ramsey County District Court

cc:   Kyle Morrell

Filed in District Court
State of Minnesota
7/5/2022 10:41 AM

| State of Minnesota | District Court |
|---|---|
| Ramsey County | Second Judicial District |

Court File Number: 62-CV-22-3680

Case Type: Civil Other/Misc.

Kyle Morrell vs CARDWORKS
SERVICING, LLC

**Order**
☐ **DENYING**
☒ **GRANTING**
**In Forma Pauperis Application**
(Minn. Stat. § 563.01)

---

## Order Denying In forma Pauperis Application

Based on the motion and affidavit of the applicant Kyle Morrell and the authority of Minn. Stat. § 563.01, the Court FINDS:

☐ The action is frivolous.
☐ The applicant is not found to be indigent and is not entitled to proceed in forma pauperis.
☐ The applicant has not provided the court with enough information to make a finding of indigency. The record shall be kept open until _____ to allow the applicant to submit addition evidence to the court for consideration of the application. If no additional evidence is submitted by this date, the case will be closed.
☐ Other:

**IT IS ORDERED:** The applicant's request to proceed in forma pauperis is **DENIED**

Dated: _____          _____
                                    Referee of District Court

Dated: _____          _____
                                    Judge of District Court

---

## Order Granting In Forma Pauperis Application

Based on the affidavit of the applicant Kyle Morrell and the authority of Minn. Stat. § 563.01, the Court FINDS:

1. The applicant's claims are
   ☒ not frivolous and applicant is financially unable to pay any fees and entitled to proceed in forma pauperis.
   OR
   ☐ not frivolous and applicant does not meet the eligibility criteria under Minn. Stat. § 563.01, subd. 3(b), but is able to pay a portion of the fees, costs, and security for costs.

**IT IS ORDERED THAT:**

1. The applicant may proceed in forma pauperis.
2. ☒ The applicant shall not be required to pay any fees, costs and security.
   OR

MNCIS-CIV-174  State      Order Denying Granting In Forma Pauperis      IFP104          Rev/ 06/15

☐     The applicant shall pay $      towards fees, costs and security, and shall be due immediately upon filing.

3.   All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate county as requested without payment of any fees or costs.

4.   If, following commencement of the action, the applicant no longer meets the eligibility criteria under Minn. Stat § 563.01, subd. 3(b) or becomes able to pay a higher amount than previously ordered, the Court many order reimbursement of all or a portion o fthe fees, costs and security for costs.

5.   If funds are recovered either settlement or judgment in this action the costs deferred and expenses directed by the Court to be paid in this order shall be included in such settlement or judgment and shall be paid directly to the Court Administrator by the opposing party.

6.   This order expires one year from the date of this order, unless otherwise amended or altered by the court.  The applicant shall reapply if the applicant seeks to proceed in forma pauperis after the one year period.

Dated    _____            _____

                                                   Referee of District Court

Dated    _____            _____

                                                   Judge of District Court

                                                   Diamond, Patrick (Judge)
                                                   Jul 1 2022 3:05 PM

Filed in District Court
State of Minnesota
7/5/2022

State of Minnesota
Ramsey County

District Court
Second Judicial District

| Court File Number: **62-CV-22-3680** |
|---|

Case Type: Civil Other/Misc.

FILE COPY

**Notice of Case Filing and Assignment**

**Kyle Morrell vs CARDWORKS SERVICING, LLC**

Date Case Filed: **June 27, 2022**

Court file number **62-CV-22-3680** has been assigned to this matter. All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED. Correspondence and communication on this matter should be directed to the following court address:

> **Ramsey County Court Administration**
> **15 West Kellogg Boulevard Room 170**
> **St Paul MN 55102**

Assigned to: **Judge Sara R. Grewing**

If ADR applies, a list of neutrals is available at www.mncourts.gov (go to Alternative Dispute Resolution) or at any court facility. Please direct all scheduling inquiries on this matter to Assignment at 651-266-8279.

Dated: July 5, 2022

Michael F. Upton
Court Administrator
Ramsey County District Court

cc: Kyle Morrell
CARDWORKS SERVICING, LLC

## State of Minnesota                                    District Court

| County of | Judicial District: Second |
|---|---|
| Ramsey | Court File Number: 62-CV-22-3680 |
| | Case Type: |

Kyle Morrell
_____
Plaintiff (first, middle, last)

vs.

CARDWORKS SERVICING, LLC
_____
Defendant (first, middle, last)

Date Case Filed: 06/27/2022
_____

**Civil Cover Sheet
(Non-Family Case Type)**
Minn. Gen. R. Prac. 104

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within 7 days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within 7 days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Derek Thooft | |
| Attorney Name (not firm name) | Attorney Name (not firm name) |
| 3460 Washington Dr #212 | |
| Postal Address | Postal Address |
| Eagan          MN     55122 | |
| City          State   Zip Code | City          State   Zip Code |
| (651) 485-1254 | |
| Telephone Number | Telephone Number |
| thooftlaw@gmail.com | |
| E-mail Address | E-mail Address |
| | |
| Minnesota Attorney ID Number | Minnesota Attorney ID Number |

PLAINTIFF, Self-represented

Kyle Morrell
Name

1711 Main St NW
Postal Address

Coon Rapids          MN     55448
City                 State  Zip Code

(651) 338-2877
Telephone Number

Punkbitw01@yahoo.com
E-mail Address

DEFENDANT, Self-represented

CARDWORKS SERVICING, LLC
Name

380 Jackson Str #700
Postal Address

St Paul              MN     55101
City                 State  Zip Code

Telephone Number

E-mail Address

(Attach additional sheets for additional attorneys / parties)

Note: If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1.    Provide a concise statement of the case including facts and legal basis:
      Cardholder Services violated Minnesota Statue Sec 609.79 - Harrasing phone calls from different Merrick Phone Numbers

      Cardholder Services violated Minnesota Statue 609.749 Repeatedly by making Harassing
      phone calls to me from different Merrick Phone Numbers regarding my account supposedly delinquent.

2.    Date Complaint was served: _____

3.    For Expedited Litigation Track (ETLT) Pilot Courts only:

      a.  ☐ The parties jointly and voluntarily agree that this case shall be governed by the
          Special Rules of ELT Pilot. Date of agreement: _____

      b.  ☐ The court is requested to consider excluding this case from ELT for the
          following reasons:

      Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.

      c.  ☐ Anticipated number of trial witnesses: _____

      d.  ☐ Amount of medical expenses to date: _____

    e.  ☐ Amount of lost wages to date: _____

    f.  ☐ Identify any known subrogation interests: _____

4.    For Complex Cases (See Minn. Gen. R. Prac. 146):

    a.  Is this case a "complex case" as defined in Rule 146? ☐ Yes   ☐ No

    b.  State briefly the reasons for complex case treatment for this case:

_____

    c.  Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?
      ☐ Yes   ☐ No

5.    Estimated discovery completion within _____ months from the date of this form.

6.    Disclosure/discovery of electronically stored information discussed with other party?

    ☐ No   ☐ Yes   Date of discussion: _____

    If yes, list agreements, plans and disputes:

_____

7.    Proposed trial start date: 10/18/2022 _____

8.    Estimated trial time: _____ days _____ hours (estimates less than a day must be
stated in hours).

9.    Jury trial is:

    ○ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.
                       (specify party)

    ○ requested by _____ (NOTE: Applicable fee must be enclosed)
              (specify party)

10.    Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested.
     ☐ Yes   ☐ No

11.    Identify any party or witness who will require interpreter services, and describe the
services needed (specifying language, and if known, particular dialect):

_____

12.    Issues in dispute:

_____

13.    Case Type/Category: _____ (NOTE: select case types from the Civil
Case Type Index found at http://www.mncourts.gov/mncourtsgov/media/scao_library/
documents/eFile%20Support/Handout-Case-Type-Index.pdf.)

14.    Recommended Alternative Dispute Resolution (ADR) mechanism: _____

    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))

    Recommended ADR provider (known as a "neutral") _____

Filed in District Court
State of Minnesota
8/2/2022 6:11 PM

Recommended ADR completion date: _____

If applicable, reasons why ADR not appropriate for this case:

_____

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Submitted by:

/s/ Kyle Morrell
_____
Signature

Name: Kyle Morrell _____

Attorney Reg. #: _____

Firm/Agency Name: _____

Street Address: _____

City/State/Zip Code: _____

Telephone: _____

Date: 08/02/2022 _____

Filed in District Court
State of Minnesota
8/16/2022 10:11 AM

62-CV-22-3680

**STATE OF MINNESOTA**                                   **DISTRICT COURT**

**COUNTY OF RAMSEY**                          **SECOND JUDICIAL DISTRICT**

**COURT FILE NO. 62-CV-22-3680**

Kyle Morrell,

                Plaintiff,

                                                                      **SCHEDULING ORDER**

vs.

Cardworks Servicing, LLC,

                Defendant.

To Counsel and Parties in the above-captioned matter:

**T**he dates and deadlines are subject to change in light of the COVID-19 pandemic.

    Upon the commencement of this action and review of the file and proceedings herein, this case is hereby placed on the **standard court trial** calendar.  Pursuant to Minn. R. Gen. Prac. 111.03, IT IS HEREBY ORDERED:

1.    **ADDITIONAL PARTIES:**  The deadline for joinder of all parties, either by amendment or third-party practice is **January 10, 2023**.

2.    **UNREPRESENTED PARTIES:**   All parties who are not represented by an attorney must advise the Court of their most current mailing address, telephone number and e-mail address.

3.     **AMENDMENT OF PLEADINGS:**  The motion deadline for amendment to pleadings by leave of court is **January 10, 2023**.

4.    **DISCOVERY:**  The deadline for completion of discovery is **March 24, 2023**.

    a.    **Initial Disclosures.**  Initial Disclosures shall be submitted pursuant to Minn. R. Civ. P. 26.01(a)(3).

    b.    **Expert Disclosures.**  The deadline for initial expert disclosures pursuant to Minn. R. Civ. P. 26.01(b) is **January 27, 2023**.  The deadline for responsive expert disclosures pursuant to Minn. R. Civ. P. 26.01(b) is **March 10, 2023**.

c.   **Discovery Disputes.**   In the event the parties have conferred in good faith as required by Minn. R. Civ. P. 37.01(b) and Minn. R. Gen. Prac. 115.10 and are unable to resolve any discovery issue following such effort, the party raising an unresolved discovery issue shall arrange a telephone conference with all counsel and the Court to determine if the dispute can be resolved without formal motion. No formal motion papers shall be filed prior to the telephone conference. The party requesting the conference shall coordinate and initiate the telephone call.  At least 48 hours prior to any scheduled telephone conference, the parties shall file and submit to the Court via email (2ndJudgeGrewingChambers@courts.state.mn.us) a letter no longer than two pages in length setting forth their respective positions.  If, following the telephone conference, the discovery issue remains unresolved, the parties may schedule a formal motion hearing.

d.   **Independent Medical Examinations.**   The deadline for completion of Independent Medical Examinations is **N/A.**  Upon notice of the scheduling of such examination pursuant to Minn. R. Civ. P. 35.01, the party to be examined shall report for such examination unless excused by the Court.

5.   **MOTIONS:**  The deadline for hearing all non-dispositive motions is **May 5, 2023**.  The deadline for hearing all dispositive motions is **June 23, 2023**.  All submissions must comply with Minn. R. Gen. Prac. 115.  Any motion for default judgment must be served and filed at least 14 days before the hearing.

a.   **Proposed Orders**.   For all motions, the parties shall submit via email (2ndJudgeGrewingChambers@courts.state.mn.us) a proposed order setting forth with specificity the relief sought.  In addition, for dispositive motions, the parties shall submit to the Court proposed findings of fact and conclusions of law.

b.   **Motion Hearings**.  Parties may schedule a motion hearing by contacting Michael Syverud at (651) 266-8279 or Michael.Syverud@courts.state.mn.us.  Pursuant to Minn. R. Gen. Prac. 115.02, parties shall provide contemporaneous notice of any motion hearing.  Parties intending to move for dispositive relief shall secure a hearing date at least eight weeks prior to the applicable deadline set forth herein.

6.   **MEDIATION:**  The case is hereby referred to mediation.  The deadline to complete mediation is **March 24, 2023**.

a.   **Selection of Neutral**.  The parties may select their own mediator.  The deadline to select a mediator and provide written notice to the Court of the identity of the mediator is **January 24, 2023**.  In the event the parties are unable to agree on a mediator, the Court will select a mediator.

b.   **Attendance**.  Mediation is mandatory.  All attorneys who will try the case, the parties involved in the action and any and all other persons with authority to settle the case shall attend the mediation in person.  Any questions regarding the

identity of specific persons required to attend the mediation shall be directed to the mediator, who is delegated sole authority whether to excuse attendance and whose decision on this issue shall be final.

c.   **Costs**.  The parties shall equally share the costs of mediation.

d.   **Notice.**  At the conclusion of mediation, the parties shall notify the Court in writing of the results of mediation.

7.   **CORRESPONDENCE:**  The Court does not accept unsolicited correspondence from attorneys and/or parties except as provided by Rule or Statute.  All unsolicited correspondence shall be returned or discarded.

8.   **INTERPRETERS:**  Interpreters are available upon request by contacting Michael Syverud at (651) 266-8279 or Michael.Syverud@courts.state.mn.us.  Parties shall notify the Court as soon as possible as to the need for interpreter services.

9.   **FINAL SETTLEMENT:** Pursuant to Minn. R. Gen. Prac. 121, Plaintiff shall notify the Court within 48 hours of any settlement.

10.  **JOINT STATEMENT OF THE CASE:**  Pursuant to Minn. R. Gen. Prac. 112.01, the deadline to file a Joint Statement of the Case is **July 3, 2023**.  In the event the parties are unable to agree upon a Joint Statement, parties shall each file a separate Statement of the Case within the deadline set forth herein.

11.  **PRETRIAL/SETTLEMENT CONFERENCE:**  On **July 18, 2023,** at **9:00 a.m.**, the parties shall appear for Pretrial/Settlement Conference at the Ramsey County Courthouse, 15 West Kellogg Boulevard, Saint Paul, MN 55102.  All attorneys who will try the case, the parties involved in the action with authority to settle the case and any and all other persons with authority to settle the case shall attend the Pretrial/Settlement Conference in person.

12.  **TRIAL:**  The case is scheduled for court trial during the following certain dates: **September 18, 2023,** through **October 6, 2023.**  In the event the matter does not resolve at the conclusion of the Pretrial/Settlement Conference, the Court will issue a separate Trial Order.

13.  **AMENDMENTS TO SCHEDULING ORDER:**  The parties may not amend this Order by agreement.  Any party requesting amendment to this Order shall contact Michael Syverud at (651) 266-8279 or Michael.Syverud@courts.state.mn.us for instructions as to the form of any request.

14.  **SANCTIONS:**  Failure to comply with any provision of this Order may subject counsel and the parties to sanctions, including but not limited to imposition of attorneys' fees and costs, the striking of pleadings in whole or in part, dismissal of the action in whole or in part, or the entry of judgment by default.

Filed in District Court
State of Minnesota
8/16/2022 10:11 AM

BY THE COURT:

Dated:

_____

Grewing, Sara (Judge)
Aug 15 2022 3:17 PM

Sara R. Grewing
Judge of District Court

Filed in District Court
State of Minnesota
9/6/2022 8:29 PM

Case # 62-CV-22-3680

 To Whom It May Concern, I'm not sure why the complaint is coming back returned mail when that was a valid address in the last 3 months.  I'm graciously asking the court to resend the complaint to:

10705 S. Jordan Gateway #200

South Jordan, UT 84095

Kyle

Filed in District Court
State of Minnesota
9/19/2022 10:31 AM

Case # 62-CV-22-3680

To Whom It May Concern, I'm not sure why the complaint is coming back returned mail when that was a valid address in the last 3 months.  I'm graciously asking the court to resend the complaint to:



10705 S. Jordan Gateway #200

South Jordan, UT 84095

Kyle